UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  'O'

| Case No. | 10-8581-CAS (Ex) | Date | January 16, 2013 |
|---|---|---|---|
| Title | SYNOD OF SOUTHERN CALIFORNIA AND HAWAII V. CERTAIN UNDERWRITERS OF LLOYD'S LONDON | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not present | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs: Not present

Attorneys Present for Defendants: Not present

**Proceedings:** **(In Chambers:) PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING ON DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT** (filed January 11, 2013)

The Court is in receipt of plaintiff's ex parte application to continue the hearing on defendant's motion for summary judgment or in the alternative, reconsideration, Dkt. No. 98; defendant's opposition to plaintiff's ex parte application, Dkt. No. 100; plaintiff's motion to appoint a special master and continue fact-discovery, Dkt. No. 97 at 9–12; and defendant's opposition to plaintiff's motion, Dkt. No. 101 at 8–9. Having considered the arguments for and against continuing the hearing on defendant's motion for summary judgment, the Court DENIES plaintiff's ex parte application.

However, the Court amends the briefing schedule as follows: Plaintiff shall file its opposition to defendant's motion on or before January 22, 2013. Defendant shall file its reply, if any, on or before January 28, 2013.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |