1    **HOBSON BERNARDINO + DAVIS, LLP**
     Rafael Bernardino, Jr. - SBN 118690
2    Stanley L. Friedman - SBN 120551
     725 South Figueroa Street, Suite 3230
3    Los Angeles, California 90017
     Telephone: (213) 235-9190
4
     Attorneys for Plaintiff
5    SYNOD OF SOUTHERN CALIFORNIA
     AND HAWAII, a California Corporation
6
     **RIMAC  MARTIN,  P.C.**
7    JOSEPH M. RIMAC - SBN 72381
     WILLIAM REILLY - SBN 177550
8    1051 Divisadero Street
     San Francisco, California 94115
9    Telephone (415) 561-8440
     Facsimile (415) 561-8430
10
     Attorneys for Defendant
11   CERTAIN UNDERWRITERS
     AT LLOYD'S, LONDON
12

13              **UNITED STATES DISTRICT COURT**

14             **CENTRAL DISTRICT OF CALIFORNIA**

15                   **WESTERN DIVISION**

16

17   SYNOD OF SOUTHERN CALIFORNIA      ) Case No. CV 10-08581-CAS-(Ex)
     AND HAWAII, a California Corporation, )
18                                      ) **ORDER ON STIPULATION FOR**
                  Plaintiff,            ) **DISMISSAL WITH PREJUDICE**
19                                      ) **OF ACTION [JS-6]**
              vs.                       )
20                                      )
     CERTAIN UNDERWRITERS AT            )
21   LLOYD'S, LONDON, and DOES 1 - 10,  )
     inclusive,                         )
22                                      )
                  Defendants.           )
23   _____ )

24

25

26

27

28

1    Having reviewed the stipulation for dismissal of action, the Court orders the

2   entire action dismissed with prejudice.  The parties shall bear their own respective

3   costs of suit and attorneys' fees.

4   DATED: March 1, 2013

5                                    _____
6                                    THE HONORABLE CHRISTINA A. SNYDER
                                     UNITED STATES DISTRICT JUDGE